No. 307. MITCHELL v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Wallace* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lucius C. Buck* for respondent.

No. 308. FIDELITY & COLUMBIA TRUST CO., TRUSTEE, v. HELVERING, COMMISSIONER OF INTERNAL REVENUE;
No. 309. McGRATH v. SAME;
No. 310. LOUISVILLE TRUST CO. ET AL. v. SAME; and
No. 311. FIDELITY & COLUMBIA TRUST CO., TRUSTEE, v. SAME. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Camden R. McAtee* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for respondent. Reported below: 90 F. (2d) 219; 89 F. (2d) 1013; 89 F. (2d) 1012; 89 F. (2d) 1007.

No. 312. WALKER ET AL. v. HAZEN ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Walter C. Clephane, J. Wilmer Latimer, Gilbert L. Hall, Frank Van Sant,* and *George E. Sullivan* for petitioners. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondents.

No. 314. WINGET KICKERNICK CO. ET AL. v. SIL-O-ETTE UNDERWEAR CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the